**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00388-CR

**CARL RAY WOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F12-54553-Y**

## ORDER

The Court **GRANTS** appellant's March 14, 2014 motion to extend time to file his brief. We **ORDER** appellant's brief received on March 14, 2014 filed as of the date of this order.

We **GRANT** appellant's March 14, 2014 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the State's February 13, 2013 "Notice of the State's Intent to Enhance Punishment Range."

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
          JUSTICE